**LEWIS BRISBOIS BISGAARD & SMITH LLP**
JON P. KARDASSAKIS, SB# 90602
    E-Mail: Jon.Kardassakis@lewisbrisbois.com
ZOURIK ZARIFIAN, SB# 306368
    E-Mail: Zourik.Zarifian@lewisbrisbois.com
633 West 5th Street, Suite 4000
Los Angeles, California 90071
Telephone: 213.250.1800
Facsimile: 213.250.7900

Attorneys for Defendants,
Caruso Affiliated Holdings, LLC and
The Americana at Brand, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALVARO NAVARRO, ET AL., | Case No. 2:20-cv-07370-SVW-SK |
| Plaintiffs, | Hon. Stephen V. Wilson |
| vs. | **STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT** |
| SKI DATA, INC., ET AL., | [Filed Concurrently with Proposed Order] |
| Defendants. | Complaint Filed: April 17, 2020<br>Removal Date: August 14, 2020 |

4850-9940-6024.2                                                                2:20-cv-07370-SVW-SK
STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT

1  Plaintiffs Alvaro Navarro, Areliz Navarro, Jina Howell, Sevindzh Gasanova,
2 Cristian Rodriquez, and Leilani Ross (hereinafter "Plaintiffs") and Defendants
3 Caruso Affiliated Holdings, LLC and The Americana at Brand, LLC (hereinafter the
4 "Caruso Defendants"), through their respective counsel of record, hereby stipulate to
5 extend the time by which the Caruso Defendants shall respond to Plaintiffs' Class
6 Action Complaint (Dkt. 1-1) ("Complaint"), as follows:
7  WHEREAS, on April 17, 2020, Plaintiffs filed their Complaint against the
8 Caruso Defendants in the Los Angeles Superior Court (Case No. 20STCV15143);
9  WHEREAS, on July 1, 2020, the Caruso Defendants filed their Notice of
10 Appearance in the State court action;
11  WHEREAS, on August 14, 2020, defendant Park Assist, LLC unilaterally and
12 without consulting the Caruso Defendants removed the Action to this Court (Dkt. 1),
13 setting the Caruso Defendants' initial deadline to respond to the Complaint as
14 August 21, 2020;
15  WHEREAS, counsel for the Caruso Defendants did not receive any notice of
16 the removal from Park Assist and only learned of the removal on August 17, 2020;
17  WHEREAS, counsel for the Caruso Defendants and counsel for Plaintiffs met
18 and conferred on August 18, 2020 and discussed the Caruso Defendants' response to
19 the Complaint, the removal of this Action to federal court, and the possibility
20 Plaintiffs may file a motion to remand the case back to State court;
21  WHEREAS, the Parties agree the Court should first decide the threshold and
22 potential remand issue before the Parties or the Court address the Caruso
23 Defendants' response to the Complaint;
24  WHEREAS, the Parties agree this Stipulation avoids burdening the Court and
25 the Parties with unnecessary motion practice and the requested extension does not
26 delay any hearing or proceedings presently set by the Court in this Action;
27 / / /
28

WHEREAS, the Parties agree that if the Court does not approve this Stipulation before the current August 21, 2020 deadline to respond, Plaintiffs shall not seek, and the Caruso Defendants will not be placed into, default pending the resolution of this Stipulation.

**IT IS HEREBY STIPULATED AND AGREED:**

That the Caruso Defendants' deadline to respond to the Complaint is extended by thirty (30) days after the Court's resolution of Plaintiffs' anticipated motion to remand or abandonment of such motion by Plaintiffs, whichever occurs sooner. If the Court does not approve this Stipulation before the current August 21, 2020 deadline to respond, Plaintiffs shall not seek, and Defendant will not be placed into, default pending resolution of this Stipulation.

DATED: August 19, 2020          LEWIS BRISBOIS BISGAARD & SMITH LLP

By: _____
Zourik Zarifian
Attorneys for Defendants,
Caruso Affiliated Holdings, LLC and
The Americana at Brand, LLC

DATED: August 19, 2020          LINDEMANN LAW FIRM

By:    */s/ Blake J. Lindemann*
Blake J. Lindemann
Attorneys for Plaintiffs

**Certification of Compliance with C.D. Cal. L.R. 5-4.3.4**

I hereby certify that pursuant to C.D. Cal. L.R. 5-4.3.4, I have obtained the authorization from the above signatories representing Plaintiffs to file the above-referenced document, and that the above signatories concur in the filing's content.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on August 19, 2020.

DATED: August 19, 2020               LEWIS BRISBOIS BISGAARD & SMITH LLP


By: _____
    Zourik Zarifian
    Attorneys for Defendants
    Caruso Affiliated Holdings, LLC and
    The Americana at Brand, LLC