1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| ALVARO NAVARRO, an individual; ARELIZ NAVARRO, an individual; JINA HOWELL, an individual; SEVINDZH GASANOVA, an individual; CRISTIAN RODRIGUEZ, an individual; LEILANI ROSS, an individual; on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SKIDATA, INC. et al.,<br><br>Defendants. | Case No. 2:20-cv-07370 SVW (SKx)<br><br>**ORDER EXTENDING SKIDATA, INC.'S TIME TO RESPOND TO INITIAL COMPLAINT PENDING RESOLUTION OF PLAINTIFFS' ANTICIPATED MOTION TO REMAND THIS ACTION TO THE LOS ANGELES SUPERIOR COURT**<br><br>*[Concurrently Filed With Joint Stipulation To Extend Skidata's Time To Respond To Initial Complaint Pending Remand Resolution]*<br><br>Complaint Removed:    8/14/2020 |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

The Court, having reviewed the Stipulation To Extend Skidata, Inc.'s Time To Respond To Initial Complaint Pending Resolution Of Plaintiffs' Anticipated Motion To Remand This Action To The Los Angeles Superior Court filed by Defendant SKIDATA, INC. (Skidata) and signed by Skidata and Plaintiffs Alvaro Navarro, Areliz Navarro, Jina Howell, Sevindzh Gasanova, Cristian Rodriguez, and Leilani Ross ("Plaintiffs") (collectively, the "Parties") and based on the Parties' joint statement therein, finds that good cause exists for granting the joint request made therein by the Parties.

Therefore, IT IS HEREBY ORDERED AS FOLLOWS:

Skidata's deadline to respond to the Complaint in this action is extended until 30 days after resolution of Plaintiffs' anticipated motion to remand or Plaintiffs' abandonment of such motion, whichever occurs sooner.

**IT IS SO ORDERED.**

Dated:  August 27, 2020

By: _____
Honorable Stephen V. Wilson
United States District Court