UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:20-cv-11274-SVW-SK; 2:20-cv-07370-SVW-SK | Date | 6/1/2021 |
|---|---|---|---|
| Title | *Peter Hyoguchi et al. v. Westfield, LLC et al.* <br> *Alvaro Navarro et al. v. Ski Data, Inc. et al.* | | |

Present: The Honorable  STEPHEN V. WILSON, U.S. DISTRICT JUDGE

| Paul M. Cruz | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| N/A | N/A |

**Proceedings:**    Order Consolidating Cases

Because the *Hyoguchi* Plaintiffs' claims are substantially similar to those of the *Navarro* Plaintiffs, the Court orders these cases consolidated under Fed. R. Civ. P. 42(a).

*Alvaro Navarro et al. v. Ski Data, Inc. et al.* (2:20-cv-07370-SVW-SK) is designated as the lead case. Counsel should make all filings in this case.

*Peter Hyoguchi et al. v. Westfield, LLC et al.* (2:20-cv-11274-SVW-SK) will be administratively closed. The *Hyoguchi* Plaintiffs' Rule 60 motion [47] is DENIED as moot.

_____ : _____
Initials of Preparer
PMC