**LINDEMANN LAW FIRM, APC**
BLAKE J. LINDEMANN, SBN 255747
DONNA R. DISHBAK, SBN 259311
9777 Wilshire Blvd., 4th Floor
Beverly Hills, CA 90212
Telephone:  (310)-279-5269
Facsimile:   (310)-300-0267
E-mail:      blake@lawbl.com

*Attorneys for Plaintiffs and the Proposed Classes*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| ALVARO NAVARRO, *et al*. <br><br> Plaintiffs, <br><br> v. <br><br> SKI DATA, INC., *et al*. <br><br> Defendants. | Case No. 2:20-cv-07370-SVW-SK <br><br> Judge: Hon. Stephen V. Wilson <br> Mag. Judge: Hon. Steve Kim <br><br> **NOTICE OF APPEAL FILED BY PLAINTIFFS; REPRESENTATION STATEMENT** <br><br> Complaint Filed: April 17, 2020 <br> Removal Date:    August 14, 2020 |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Plaintiffs Alvaro Navarro, Areliz Navarro, Leilani Ross, Jina Howell, Sevindzh Gasanova, and Cristian Rodriguez (collectively, the "Plaintiffs"), on behalf of themselves and those similarly situated, hereby appeal to the United States Court of Appeals for the Ninth Circuit from the District Court's December 7, 2022 Order Granting Defendants' Motions for Summary Judgment [190] [194] [195] [196] [198] [199] (docket number 275) ("Order"); from all orders and rulings subsumed in the aforementioned Order; and from all other orders, minute entries and rulings of the Court that were adverse to Plaintiffs, whether or not subsumed within the aforementioned December 7, 2022 Order, including without limitation, the April 7, 2021 Minute Order (In Chambers) denying Plaintiffs' Motion to Remand [Dkt. No. 73], and the Minutes Denying Plaintiffs' Motion to Determine Subject Matter Jurisdiction [Dkt. No. 180 (related Dkt. No. 145)].  A Representation Statement is appended to this notice.

DATED: January 6, 2023          Respectfully submitted,

                                /s/ *Blake J. Lindemann*
                                Blake J. Lindemann
                                California Bar No. 255747
                                E-mail:  blake@lawbl.com
                                Donna R. Dishbak
                                California Bar No. 259311
                                E-mail:  donna@lawbl.com
                                **LINDEMANN LAW FIRM, APC**
                                9777 Wilshire Blvd., 4th Floor
                                Beverly Hills, CA 90212
                                Telephone No: 310-279-5269
                                Facsimile No: 310-300-0267

                                *Attorneys for Plaintiffs and the proposed Classes*

## **REPRESENTATION STATEMENT (NINTH CIR. R. 3-2)**

As required by Ninth Circuit Rule 3-2, the names of all parties to the judgments from which appeal is being taken, and the names, address, and telephone numbers of their respective attorneys, are as follows:

**A. Alvaro Navarro—Appellants**

LINDEMANN LAW FIRM, APC
BLAKE J. LINDEMANN, SBN 255747
DONNA R. DISHBAK, SBN 259311
9777 Wilshire Blvd., 4th Floor
Beverly Hills, CA 90210
Telephone:  (310)-279-5269
Facsimile:  (310)-300-0267
E-mail:      blake@lawbl.com

**B. Park Assist, LLC—Appellee**

JACOB M. HARPER (SBN. 259463)
JacobHarper@DWT.com
SPENCER PERSSON (SBN. 235054)
SpencerPersson@DWT.com
MATTHEW C. ONYETT (SBN. 295419)
MattOnyett@DWT.com
DAVIS WRIGHT TREMAINE LLP
865 South Figueroa Street, 24th Floor
Los Angeles, California 90017-2566
Telephone: (213) 633-6800
Facsimile: (213) 633-6899

**C. Taubman Centers, Inc., Taubman Company, LLC, Taubman Realty Group Limited Partnership—Appellees**

SHEPPARD MULLIN RICHTER & HAMPTON LLP
KENT R. RAYGOR, Cal. Bar No. 117224
kraygor@sheppardmullin.com

1

VALERIE E. ALTER, Cal. Bar No. 239905
valter@sheppardmullin.com
1901 Avenue of the Stars, Suite 1600
Los Angeles, California 90067-6917
Telephone: (310) 228-3700
Facsimile: (310) 228-3701

**D. Caruso Affiliated Holdings, LLC—Appellee**

LEWIS BRISBOIS BISGAARD & SMITH LLP
JON P. KARDASSAKIS, SB# 90602
E-Mail: Jon.Kardassakis@lewisbrisbois.com
ZOURIK ZARIFIAN, SB# 306368
E-Mail: Zourik.Zarifian@lewisbrisbois.com
633 West 5th Street, Suite 4000
Los Angeles, California 90071
Telephone: 213.250.1800
Facsimile: 213.250.7900

**E. Brookfield Properties Retail, Inc., Brookfield Property Reit, Inc., GGP-Glendale, LLC, Glendale I Mall Associates, LP—Appellees**

LOEB & LOEB LLP
DANIELA M. SPENCER (SBN 307908)
dspencer@loeb.com
10100 Santa Monica Blvd., Suite 2200
Los Angeles, CA 90067
Telephone: 310.282.2000
Facsimile: 310.282.2200

JASON P. STIEHL (Admitted pro hac vice)
jstiehl@loeb.com
321 North Clark Street, Suite 2300
Chicago, IL 60654
Telephone: 312.464.3100
Facsimile: 312.464.3111

**F. Westfield Property Management, LLC, Westfield, LLC—Appellees**

2

NOTICE OF APPEAL

Gregory S. Korman (SBN 216931)
gregory.korman@katten.com
Meegan I. Maczek (SBN 260609)
meegan.maczek@katten.com
Camille A. Brooks (SBN 307859)
camille.brooks@katten.com
KATTEN MUCHIN ROSENMAN LLP
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
Telephone: 310.788.4400
Facsimile: 310.788.4471

3

## CERTIFICATE OF SERVICE

I, the undersigned, declare: I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 9777 Wilshire Blvd., 4th Floor, Beverly Hills, CA 90212.

On January 6, 2023, I served the foregoing document as follows:

**NOTICE OF APPEAL FILED BY PLAINTIFFS; REPRESENTATION STATEMENT**

[ X ] by electronically filing the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such electronic filing to counsel of record for all parties by operation of the Court's CM/ECF System.

[   ] by U.S. Mail in the ordinary course of business to the non-CM/ECF participants indicated on the attached Manual Notice List. I am readily familiar with the Firm's practice for the collection and processing of correspondence for mailing with the Postal Service and that the correspondence would be deposited with same that same day in the ordinary course of business.

[   ] by electronically serving the foregoing by electronic mail to the e-mail addresses agreed by the parties for service, pursuant to Fed. R. Civ. Proc. 5 and the parties' agreement.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the above is true and correct. Executed on January 6, 2023, at Los Angeles, California.

NATALY GRANDE