UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

AUG 22 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ALVARO NAVARRO; et al.,<br><br>    Plaintiffs-Appellants,<br><br>  v.<br><br>PARK ASSIST, LLC, a Delaware Limited<br>Liability Company; et al.,<br><br>    Defendants-Appellees. | No.    23-55028<br><br>D.C. No.<br>2:20-cv-07370-SVW-SK<br>Central District of California,<br>Los Angeles<br><br>ORDER |

Pursuant to the parties' stipulated motion (Docket Entry No. 43), this appeal

is voluntarily dismissed.  Fed. R. App. P. 42(b). The parties shall bear their own

costs and attorneys' fees on appeal.

A copy of this order shall serve as and for the mandate of this court.

FOR THE COURT:

By: Jonathan Westen
Circuit Mediator